# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Charles C. Ocker, | ) | |
|---|---|---|
| | ) | **ORDER GRANTING MOTION TO** |
| | ) | **AMEND SCHEDULING PLAN** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Quality Mat Company of North Dakota, L.L.C., | ) | Case No.: 1:18-cv-198 |
| | ) | |
| Defendant. | ) | |

Before the Court is a Motion to Amend Scheduling Plan (Doc. No. 21). The Court **GRANTS** this motion and amends its October 8, 2019 Order (Doc. No. 17) as listed below. Additionally, the Court will continue the trial and final pretrial conference by separate order, on its own motion.

1. The parties shall have until **August 14, 2020**, to complete fact discovery and to file discovery motions. Discovery requests shall be served sufficiently in advance so that responses come due by this deadline.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. Plaintiff: **June 5, 2020**

    b. Defendant: **July 3, 2020**

3. The parties shall have until **July 31, 2020**, to complete discovery depositions of expert witnesses.

4. The parties shall have until **August 21, 2020**, to file dispositive motions (summary judgment as to all or part of the case).

1

**IT IS SO ORDERED**.

Dated this 20th day of March, 2020.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter
> United States Magistrate Judge