# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Charles C. Ocker, | ) | |
| | ) | **ORDER AMENDING SCHEDULING** |
| | ) | **PLAN** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Quality Mat Company of North Dakota, L.L.C., | ) | |
| | ) | Case No.: 1:18-cv-198 |
| | ) | |
| Defendant. | ) | |

As articulated at the status conference held today, the Court amends the existing scheduling deadlines (Doc. No. 23) as follows:

1. The parties shall have until **October 30**, **2020** to complete fact discovery and to file discovery motions. Discovery requests shall be served sufficiently in advance so that responses come due by this deadline.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. Plaintiff: **September 11, 2020**

    b. Defendant: **October 9, 2020**

3. The parties shall have until **October 30, 2020**, to complete discovery depositions of expert witnesses.

4. The parties shall have until **October 30, 2020**, to file dispositive motions (summary judgment as to all or part of the case).

**IT IS SO ORDERED**.

Dated this 23rd day of April, 2020.

*/s/  Clare R. Hochhalter*
Clare R. Hochhalter
United States Magistrate Judge
